# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JUN 26 A 10:54
CLERK
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| | ) | (For Revocation of Probation or Supervised Release) |
| v. | ) | |
| | ) | Case Number: 2:06CR00004-1 |
| James Lamar Lyons | ) | 2:07CR00054-1 |
| | ) | |
| | ) | USM Number: 12650-021 |
| | ) | |
| | | Matthew Jordan Grossman |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of a standard condition, <u>Violation 2</u>, of the term of supervision.

☒ was found in violation of mandatory and standard conditions, <u>Violations 1, 3, 4, and 5</u>, of the term of supervision after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | February 17, 2017 |
| 2 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | March 13, 2017 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: <u>5969</u>

Defendant's Year of Birth: <u>1968</u>

City and State of Defendant's Residence:

<u>Hortense, Georgia</u>

June 22, 2017
Date of Imposition of Judgment

Signature of Judge

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

6/26/2017
Date

DEFENDANT: James Lamar Lyons
CASE NUMBER: 2:06CR00004-1
2:07CR00054-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant associated with a person engaged in criminal activity (standard condition). | March 24, 2017 |
| 4 | The defendant failed to notify the probation officer ten days prior to a change in residence or employment (standard condition). | February 27, 2017 |
| 5 | The defendant associated with a person engaged in criminal activity as well as a person convicted of a felony and was not granted permission to do so by the probation officer (standard condition). | March 24, 2017 |

GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: James Lamar Lyons
CASE NUMBER: 2:06CR00004-1
2:07CR00054-1

DEFENDANT: James Lamar Lyons
CASE NUMBER: 2:06CR00004-1
2:07CR00054-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>36 months. This terms consists of 18 months as to each of Docket Number 2:06CR00004-1 and Docket Number 2:07CR00054-1, to be served consecutively.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL